CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 22 2008

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **MIZAR 20627, LLC** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 7:08-cv-294 |
| | ) |
| **NC AEROSPACE CORPORATION** | ) |
| | ) |
| and | ) |
| | ) |
| **SO. CAL PRECISION AIRCRAFT, INC.** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER FOR DEFAULT JUDGMENT AND OTHER RELIEF

This matter comes before the Court on Plaintiff's, Mizar 20627, LLC, Motion for Default Judgment Against Defendant, So. Cal Precision Aircraft, Inc., pursuant to Federal Rule of Civil Procedure 55. Upon consideration of this Motion:

It is hereby ORDERED that judgment by default be, and hereby is, entered in favor of Plaintiff and against Defendant, So. Cal Precision Aircraft, Inc. declaring that:

(1) So. Cal has no legal right to title and/or ownership of the 1973 Boeing 727-225 aircraft, bearing manufacturer's serial number 20627, U.S. registration number N361KP, and model number B727-225 (hereafter "Aircraft").

(2) So. Cal and/or NC Aerospace converted the Aircraft's registration number by sanding and removing it from the Aircraft; and

(3) Mizar's re-sale of the Aircraft to CSDS Aircraft Sales & Leasing, Inc. was lawful and did not otherwise violate any federal or state law.

It is hereby FURTHER ORDERED that Plaintiff be awarded judgment against Defendant So. Cal Precision Aircraft, Inc. for attorneys' fees and court costs in the amount of $21,554.18.

The Clerk shall provide certified copies of this Order to any party to this action, or their counsel, upon request.

ENTERED this 22nd day of October, 2008.

*/s/ James C. Turk*
UNITED STATES DISTRICT JUDGE